**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles Joesph Herbert aka Charles J. Herbert aka Charles Herbert | CHAPTER 13 |
| Debtor(s) | BKY. NO. 21-12998- PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDLAND MORTGAGE, A DIVISION OF MIDFIRST BANK, and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322