IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
READING DIVISION

IN RE: CHARLES JOESPH HERBERT

CASE NO. 4-21-BK-12998

CLAIM: 2

## NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, SOFI LENDING CORP hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

SOFI LENDING CORP
STE 300
2750 E COTTONWOOD PKWY
SALT LAKE CITY UT 84121-7285

To the new address below:

Resurgent Capital Services
PO Box 10587
Greenville SC 29603-0587

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Darla Gein                                              Date: 5/31/2022
Darla Gein
Telephone: (877) 264-5884