| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12998-PMM**

Charles Joseph Herbert
950 Lower South Main Street
Bangor  PA    18013

Petition Filed Date: 11/04/2021
341 Hearing Date: 12/07/2021
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/06/2021 | $204.00 | | 01/07/2022 | $204.00 | | 02/07/2022 | $204.00 | |
| 03/07/2022 | $204.00 | | 04/07/2022 | $211.00 | | 05/09/2022 | $211.00 | |
| 06/07/2022 | $211.00 | | 07/12/2022 | $211.00 | | | | |

**Total Receipts for the Period: $1,660.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SOFI LENDING CORP<br>»» 002 | Unsecured Creditors | $56,762.16 | $0.00 | $56,762.16 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $336.09 | $0.00 | $336.09 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,000.00 | $1,527.20 | $2,472.80 |

**Chapter 13 Case No. 21-12998-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,660.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $1,527.20 | Arrearages: | $225.00 |
| Paid to Trustee: | $132.80 | Total Plan Base: | $12,646.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.