Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 21-12998-PMM**

Charles Joseph Herbert  
950 Lower South Main Street  
Bangor  PA    18013

Petition Filed Date: 11/04/2021  
341 Hearing Date: 12/07/2021  
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2024 | $211.00 | | 09/10/2024 | $211.00 | | 10/07/2024 | $211.00 | |
| 11/07/2024 | $211.00 | | 12/09/2024 | $211.00 | | 01/08/2025 | $211.00 | |
| 02/07/2025 | $211.00 | | 03/07/2025 | $211.00 | | 04/07/2025 | $211.00 | |
| 05/07/2025 | $211.00 | | 06/09/2025 | $211.00 | | 07/08/2025 | $211.00 | |

**Total Receipts for the Period:  $2,532.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $9,467.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SOFI BANK<br>»» 002 | Unsecured Creditors | $56,762.16 | $4,323.99 | $52,438.17 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $336.09 | $336.09 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 21-12998-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,467.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $8,660.08 | Arrearages: | $14.00 |
| Paid to Trustee: | $806.92 | Total Plan Base: | $12,646.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.