Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Charles Joseph Herbert
950 Lower South Main Street
Bangor, PA 18013

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 21-12998-PMM**

Petition Filed Date: 11/04/2021
341 Hearing Date: 12/07/2021
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2025 | $211.00 | | 09/09/2025 | $211.00 | | 10/07/2025 | $211.00 | |
| 11/07/2025 | $211.00 | | 12/08/2025 | $211.00 | | 01/08/2026 | $211.00 | |
| 02/09/2026 | $211.00 | | 03/09/2026 | $211.00 | | 04/07/2026 | $211.00 | |
| 05/11/2026 | $211.00 | | 06/08/2026 | $211.00 | | 07/07/2026 | $211.00 | |

**Total Receipts for the Period: $2,532.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,999.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | SANTANDER CONSUMER USA INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | SOFI BANK/LENDING CORP<br>»» 002 | Unsecured Creditors | $56,762.16 | $6,665.64 | $50,096.52 |
| 3 | MIDFIRST BANK<br>»» 003 | Mortgage Arrears | $336.09 | $336.09 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $4,000.00 | $4,000.00 | $0.00 |

**Chapter 13 Case No. 21-12998-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,999.00 | Current Monthly Payment: | $211.00 |
| Paid to Claims: | $11,001.73 | Arrearages: | $14.00 |
| Paid to Trustee: | $997.27 | Total Plan Base: | $12,646.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.